UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

Darren Mate et al,

    Plaintiffs,

v.

Societe Anonyme Des Galeries Lafayette et al,

    Defendants.

Case No. 2:21-cv-07802-VAP-RAOx

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Denying Plaintiffs' Application for Default Judgment and Dismissing Case, IT IS ORDERED AND ADJUDGED that the action, *Darren Mate et al v. Societe Anonyme Des Galeries Lafayette et al*, 2:21-cv-07802-VAP-RAOx, is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:  7/26/23

Virginia A. Phillips
Senior United States District Judge